IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00165-RPM

EMILIAN WOJCIK,

      Plaintiff,
v.

AARON BLIM and
MELANIE BLIM,

      Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 17, 2015, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 12, 2015.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated:   January 27th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2015, I mailed, via United States Mail, a copy of the Order Setting Scheduling Conference to the following:

Ryan J. Klein
Attorney at Law
Sherman & Howard, L.L.C.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903

Kenneth H. Gray
Attorney at Law
524 South Cascade #2
Colorado Springs, CO 80903

                JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz
        By_____
                      Deputy