IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00165-RPM

EMILIAN WOJCIK,

     Plaintiff,

v.

UNITED STATES OF AMERICA and
MELANIE BLIM,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

M. V. Wentz
  Secretary

     Plaintiff's request for an evidentiary hearing [Doc. 25] is set for hearing on **June 9, 2015, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. (This will not be an evidentiary hearing.)

DATED:   May 26, 2015