IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00165-RPM

EMILIAN WOJCIK,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
MELANIE BLIM,

    Defendants.

---

## ORDER FOR STATUS REPORT

---

At the hearing on June 9, 2015, this Court ordered the Plaintiff to file a supplement to Defendants' certification. A supplement has not been filed and it is now

ORDERED that counsel shall file a status report on or before September 12, 2015.

Dated: August 31st, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge