IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00165-RPM

EMILIAN WOJCIK,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
MELANIE BLIM,

    Defendants.

---

ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEF

---

    Upon review of Plaintiff's Status Report [Doc. 39], it is

    ORDERED that Plaintiff is granted an extension of time, to and including September 25, 2015, to file a supplemental brief.

    Dated:   September 14th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge