IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00165-RPM

EMILIAN WOJCIK,

    Plaintiff,

v.

MELANIE BLIM,

    Defendants.

---

ORDER OF DISMISSAL AS TO DEFENDANT MELANIE BLIM

---

Pursuant to the Stipulation of Dismissal [Doc. 43], it is

ORDERED that this action is dismissed as to Melanie Blim with prejudice.

Dated: October 15th, 2015

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge